## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------------  X
In re:                                                       :   Chapter 11
Bostwick Laboratories, et al.,                               :   Case No. 17-10570 (BLS)
                                Debtors.                     :   (Jointly Administered)
----------------------------------------------------------------------  X
JAMES PATRICK CARROLL, as Plan Administrator for             :
the Post-Effective Date Debtors,                             :
                                Plaintiff,                   :
                v.                                           :   Adv. Pro. No. 19-50170 (BLS)
USI INSURANCE SERVICES, LLC,                                 :
                                Defendant.                   :
----------------------------------------------------------------------  X
```

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
### IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:

824 North Market Street, 3rd Floor
Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

COLE SCHOTZ, P.C.
David R. Hurst, Esquire
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address: U.S. Bankruptcy Court | Room:   6th Floor, Courtroom No. 1 |
|---|---|
| 824 N. Market Street | |
| Wilmington, DE 19801 | Date and Time:  August 7, 2019 at 9:30 a.m. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
  Court for the District
  of Delaware**

  /s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: June 7, 2019

57684/0001-17421501v1