# CERTIFICATE OF SERVICE

      I, David R. Hurst , certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of (i) this Summons; (ii) a copy of the Complaint and (iii) a Notice of Dispute Resolution Alternatives was made on June 7, 2019 by:

☒    Mail service: First-Class Mail, postage prepaid to:

| USI Insurance Services, LLC<br>Attn: Officer, Managing Agent or General Agent<br>2400 East Commercial Blvd., Suite 600<br>Fort Lauderdale, FL 33308 | USI Insurance Services, LLC<br>c/o CT Corporation System<br>1200 South Pine Island Rd.<br>Plantation, FL 33324 |
|---|---|
| USI Insurance Services, LLC<br>Attn: Officer, Managing Agent or General Agent<br>100 Summit Lake Drive, Suite 400<br>Valhalla, NY 10595 | USI Insurance Services, LLC<br>c/o Luke Murley<br>Saul Ewing Arnstein and Lehr LLP<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102 |

☐    Personal Service: By Hand Delivery to the following counsel to defendant pursuant to agreement among the parties:

☐    Residence Service: By leaving the process with the following adult at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    Certified Mail Service on Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]
      (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

| June 7, 2019 | /s/ David R. Hurst |
|---|---|
| *Date* | *Signature* |

| Print Name |  |  |
|---|---|---|
| David R. Hurst |  |  |
| Business Address |  |  |
| 500 Delaware Avenue, Suite 1410 |  |  |
| City | State | Zip |
| Wilmington | DE | 19801 |